**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Phillip Mbianda Aweh v. The State of Texas

Appellate case number:   01-20-00827-CR

Trial court case number:  14-DCR-067793

Trial court:                      434th District Court of Fort Bend County

      Appellant, Philip Mbianda Aweh, has filed a second motion to extend time to file his brief. Appellant's motion is **granted.** Appellant's brief is due July 8, 2021. **No further extensions will be granted.**

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                    Acting individually


Date:  <u>May 18, 2021</u>